USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/14/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARA ROTTENBERG,

                Plaintiff,

  -against-

LOANCARE SERVICING CENTER, ET AL,

                Defendants.

No. 21-cv-4282 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On January 27, 2023, this Court ordered Plaintiff to "show cause in writing on or before February 9, 2023 why this action should not be dismissed without prejudice for want of persecution pursuant to Fed. R. Civ. P. 41(b)." (ECF No. 35.) Plaintiff was warned that "[f]ailure to comply with this Court's present order will result in dismissal of this case for want of prosecution." (*Id.*) As of February 14, 2023, Plaintiff has not responded to this Court's January 27, 2023 Order to Show Cause. Accordingly, it is hereby

ORDERED that Plaintiff's claims be dismissed without prejudice for want of prosecution.

The Clerk of Court is respectfully directed to terminate the action. SO ORDERED.

Dated: February 14, 2023
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1